IN UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM T. FEEHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 24-cv-07500 |
| | ) | |
| CITY OF BERWYN, BERWYN POLICE DEPARTMENT, DETECTIVE NICHOLAS MANTUCCA, DETECTIVE JOSEPH MANFREDINI AND MS. JONI KALSTRUP, | ) | Honorable John Robert Blakey |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED** between Plaintiff and the Defendants, by their respective attorneys of record, the matter having been settled in its entirety, that all Complaints, Claims, and Causes of Action against Defendants are hereby dismissed with prejudice and without notice, and each party shall bear their own attorney's fees and costs.

Respectfully submitted,

By: */s/ Michael Kelly*
Attorney for Plaintiff

Michael G. Kelly
Law Offices of Kelly & Bracey
77 W. Washington Street
Suite 1415
Chicago, IL 60602
(833) 516-1095
mkelly@kellybraceylaw.com

By: */s/ Sean M. Sullivan*
Attorney for Defendants City of Berwyn, Berwyn Detective Nicholas Mantucca and Berwyn Detective Joseph Manfredini

Sean M. Sullivan
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
(708) 222-7000
sullivan@dlglawgroup.com

By: *<u>/s/ Nina Ricci</u>*
Attorney for Joni Kaltrup

Nina Ricci
Law Offices of Nina Ricci
704 Lyman Avenue
Oak Park, Illinois 60304
(312) 543-9858
ricci5041@gmail.com